UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. GOODWIN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2419 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On April 3, 2018, this case was settled during a settlement conference at which plaintiff appeared by videoconference, and the undersigned placed the settlement on the record. Later that day, plaintiff wrote a letter to the undersigned, claiming that "we forgot or did not address" two defendants, Tripoli and Yang, who were not yet served with process in this action.

The undersigned reviewed the settlement proceedings. At that hearing, the undersigned informed the parties that the settlement was a "complete resolution of all claims" in this case and plaintiff's other pending case, Randle v. Elizarraras, No. 2;17-cv-1700 KJN (E.D. Cal.), including "all claims, current or former." The only exceptions to the settlement noted on the record were plaintiff's other two open cases: 2:17-cv-01583 AC, and 2:18-cv-00411 CMK.

Thus, plaintiff is informed that he may not pursue his claims against defendants Tripoli and Yang in this action, even though they were not served with process, because the settlement of

1

this action included plaintiff's claims against defendants Tripoli and Yang.  Plaintiff is reminded that it may take up to six months to receive settlement funds.  If plaintiff has not received the proceeds by October 3, 2018, he should contact the defendants' attorney of record to inquire as to the status of the settlement proceeds.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed with claims as to defendants Tripoli and Yang (ECF No. 33) is denied.

Dated: April 18, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rand2419.pro.d